# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 28, 2015

Mr. Louis Roy Koerner Jr.
Koerner Law Firm
400 Lafayette Street
Houma, LA 70361

    No. 15-30650    Richard Skinner v. Schlumberger Technology Corp., et al
                            USDC No. 6:13-CV-3146

Dear Mr. Koerner,

We received your motion for extension of time to file appellant's brief on September 25, 2015. In light of appellant's brief deadline of September 21, 2015, we are taking no action on this motion for extension of time as a motion to file out of time brief is required. You must upload the brief with the motion or include an additional relief for extension of time.

Additionally, the motion must also state if counsel for appellees will file an opposition.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Cindy M. Broadhead, Deputy Clerk
                                      504-310-7707

cc:
    Mr. Hunter Adams Chauvin
    Mr. Timothy William Hassinger
    Mr. David William Leefe
    Mr. Mark Alan Lowe Sr.
    Mr. Patrick Joseph Schepens