# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 17, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

  **No. 15-30650    Richard Skinner v. Schlumberger Technology Corp., et al**
                   USDC No. 6:13-CV-3146

The court has granted the appellant's motion to file their brief out of time in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Sabrina B. Short, Deputy Clerk
                                  504-310-7817

Mr. Hunter Adams Chauvin
Mr. Timothy William Hassinger
Mr. Louis Roy Koerner Jr.
Mr. David William Leefe
Mr. Mark Alan Lowe Sr.
Mr. Patrick Joseph Schepens